STATE v. OXENDINE

No. 166 PC.

Case below: 24 N.C. App. 444.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975.

STEWART v. STEWART

No. 130 PC.

Case below: 25 N.C. App. 628.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975.